In the Matter of the Application of BENIE ASKOVITZ and I. SEITMAN. Copartners, Respondents, for an Order Directing that the Arbitration Provided for in the Certain Contract in Writing Entered into between the Petitioners and ELIA

GABAY, Appellant, on the —— Day of November, 1928, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Order granting motion to direct arbitration affirmed, with ten dollars costs and disbursements. There is no proof in this record that the contractors filed liens. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.